1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL ALAN HILL,                          Case No.  2:24-cv-01904-JDP (PC)

12                 Plaintiff,                      **ORDER**

13          v.                                     DIRECTING PLAINTIFF TO FILE A COPY
                                                   OF HIS INMATE TRUST ACCOUNT
14    COREY ENGELBREKTSON, *et al.*,               STATEMENT

15                 Defendants.

16

17          Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to

18    42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to

19    28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account

20    statement for the six month period immediately preceding the filing of the complaint.  *See*

21    28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of

22    his inmate trust account statement.

23          In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit,

24    within thirty days from the date of this order, a certified copy of his inmate trust account

25    statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's

26    failure to comply with this order will result in a recommendation that this action be dismissed

27    without prejudice.

28

IT IS SO ORDERED.

Dated:   July 16, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE